| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnson, Nancy K. | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>06/17/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>515 Rusk, Suite 7019<br>Houston, Texas 77002 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Johnson, Nancy K. | 06/17/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 12-31-2018 | Locke Lord salary |
| 2. | 12-31-2018 | Government pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 06/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Windsor II IRA | A | Int./Div. | M | T | | | | | |
| 2. Vanguard Star IRA | A | Int./Div. | K | T | | | | | |
| 3. Hewlett Packard Co. (HPQ) | A | Dividend | J | T | | | | | |
| 4. Hewlett Packard Enterprise (HPE) | A | Dividend | J | T | | | | | |
| 5. Micro Focus Int'l PLC | A | Dividend | J | T | Spinoff (from line 4) | 01/02/18 | J | | |
| 6. DXC Technology | A | Dividend | J | T | | | | | |
| 7. Perspecta, Inc. | A | Int./Div. | J | T | Spinoff (from line 6) | 05/25/18 | J | | |
| 8. Intel | A | Dividend | K | T | | | | | |
| 9. USE Credit Union | A | Interest | K | T | | | | | |
| 10. Chase Bank | A | Interest | K | T | | | | | |
| 11. Microsoft Corporation | A | Dividend | K | T | | | | | |
| 12. Pfizer Corporation | A | Dividend | K | T | | | | | |
| 13. Kinder Morgan, Inc. | B | Dividend | L | T | Buy (add'l) | 04/04/18 | J | | |
| 14. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 15. Locke Lord 401K Vanguard Inst'l Index | C | Dividend | M | T | | | | | |
| 16. Locke Lord 401KT.Rowe Price Blue Chip | A | Dividend | M | T | | | | | |
| 17. Locke Lord 401K Vanguard S&P 500 | A | Dividend | L | T | Buy | 04/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LockeLord 401K Vanguard S&P 500 | A | Dividend | L | T | Buy (add'l) | 07/10/18 | J | | |
| 19. Locke Lord 401K Vanguard S&P 500 | A | Dividend | L | T | Buy (add'l) | 08/28/18 | J | | |
| 20. Locke Lord 401K Vanguard S&P 500 | A | Dividend | L | T | Buy (add'l) | 10/15/18 | J | | |
| 21. Locke Lord 401K Vanguard Smallcap Index I | B | Dividend | M | T | Buy (add'l) | 10/01/18 | J | | |
| 22. Locke Lord 401K Vanguard Smallcap Index | B | Dividend | M | T | Buy (add'l) | 10/15/18 | J | | |
| 23. Locke Lord 401K Vanguard Midcap Index I | B | Dividend | M | T | | | | | |
| 24. Walmart | B | Int./Div. | K | T | | | | | |
| 25. ATT | A | Dividend | | | Sold | 10/15/18 | J | A | |
| 26. Caterpillar (CAT) | B | Dividend | L | T | | | | | |
| 27. Altria | D | Dividend | | | Buy (add'l) | 04/04/18 | J | | |
| 28. Altria | D | Dividend | | | Sold | 09/25/18 | M | F | |
| 29. Berkshire Hathaway "B" Shares | | None | N | T | Buy (add'l) | 04/04/18 | K | | |
| 30. Berkshire Hathaway "B" Shares | | None | N | T | Buy (add'l) | 01/11/18 | J | | |
| 31. Qualcomm, Inc. | B | Dividend | L | T | | | | | |
| 32. Gilead Sciences | B | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 33. Gilean Sciences | B | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 34. Bellicum Pharmaceuticals | | None | J | T | Buy (add'l) | 02/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mondelez Int'l Inc. | A | Dividend | | | Sold | 10/01/18 | K | A | |
| 36. Prudential Alliance (X) | A | Interest | K | T | | | | | |
| 37. Thornburg Invest Trust Income Builder (X) (BeneIRATIBIX | A | Dividend | J | T | | | | | |
| 38. American Funds/EuroPacific Growth Fund F2AEPFX (BeneIRA)(X) | A | Dividend | J | T | | | | | |
| 39. Hotchkiss & WileyHWHIX (BeneIRA) (X)High Yield | A | Dividend | J | T | | | | | |
| 40. Oakmark FundOAKMX (BeneIRA) (X)Harris Assoc.Inv. Trust Class 1 | A | Dividend | J | T | | | | | |
| 41. Franklin Custodian FundsFRIAX(BeneIRA(X) | A | Dividend | J | T | | | | | |
| 42. Hennessy Focus FundsHFCIX (BeneIRA) (X) | A | Dividend | J | T | | | | | |
| 43. First Eagle GlobalSGIIX Fund(BeneIRA) (X) | A | Dividend | J | T | | | | | |
| 44. Edgewood Growth FundEGFIX (BeneIRA) (X) | A | Dividend | J | T | | | | | |
| 45. Dodge&Cox Stock FundDODGX (BeneIRA)(X) | A | Dividend | J | T | | | | | |
| 46. AMG Yacktman FundYACKX (BeneIRA) (X) | A | Dividend | J | T | | | | | |
| 47. TRowe Price Blue Chip Growth Fund TRBCX(X)(BeneIRA | A | Dividend | J | T | | | | | |
| 48. Vanguard Small Cap Fund Admiral (BeneIRA)(X) | A | Dividend | J | T | | | | | |
| 49. Wells Fargo Short Duration Govt Bond WSGIX(BeneIRA)(X) | A | Distribution | J | T | | | | | |
| 50. Pax World Fds Ser. Tr. 1Small Cap Fund (BeneIRA)(X) | A | Dividend | J | T | | | | | |
| 51. AIG Focused Div. Strategy ProtfolioFDSWX (BeneIRA)(X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Fidelity Invest. Money Market FNSXX | A | Dividend | J | T | | | | | |
| 53.   Amazon | | None | N | T | Buy | 09/25/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 06/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The SunAMERICA Forcused Div. Strategy Portfolio FDSWX is now known as AIG Focused Div. Strategy Portfolio FDSWX. No sale was involved. SunAmerica was always a part of the AIG family. The new name is reflected on my report on line 42.

2. My husband's IRA with Locke Lord sold and purchased funds (Lines 12-17). I did not list a gain because no gain was realized. It was just a rollover.

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 06/17/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy K. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544